No. 75, Misc. TAYLOR v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. *C. L. Ray, Jr.*, for petitioner. *Crawford C. Martin*, Attorney General of Texas, *Nola White*, First Assistant Attorney General, *A. J. Carubbi, Jr.*, Executive Assistant Attorney General, and *Robert C. Flowers* and *Lonny F. Zwiener*, Assistant Attorneys General, for respondent.

No. 418, Misc. JOHNSON v. CRAVEN, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 420, Misc. WILLIAMS v. CRAVEN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 421, Misc. FLETCHER v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 424, Misc. STEINHARDT v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 432, Misc. BROWN v. CRAVEN, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 434, Misc. GILMORE v. CALIFORNIA ADULT AUTHORITY ET AL. Sup. Ct. Cal. Certiorari denied.

No. 435, Misc. NICHOLS v. PAGE, WARDEN, ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 439, Misc. ROBBINS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *Gerald W. Getty* and *James J. Doherty* for petitioner.